PS 8
(3/05)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



U.S.A. vs. Dierdra Smith Walker

Docket No. 1:06CR00313

07-24M-MPT

Petition for Action on Conditions of Pretrial Release

    COMES NOW Joanne E. Marden, Probation Officer, presenting an official report upon the conduct of defendant Dierdra Smith Walker, who was placed under pretrial release supervision by the Honorable Theresa Carroll Buchanan sitting in the Court at Alexandria, on October 18, 2006, under the following conditions:

1. not depart the Washington, D.C. metropolitan area and Delaware without prior approval of Pretrial Services or the Court;
2. report on a regular basis to Pretrial Services;
3. remain in the third-party custody of Byron Jones;
4. reside at current residence and not move without prior approval;
5. notify employer of charged offense; and
6. surrender to outstanding warrant.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant failed to report as directed to the United States Probation Office-Pretrial Services Unit upon her release from the Fairfax County Detention Center.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and the defendant show cause as to why her conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this 24th day of January, 20 07 and ordered filed and made a part of the records in the above case.

_____
Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 23, 2007

_____
Joanne C. Marden
U.S. Pretrial Services/Probation Officer

Place: Alexandria