AO 94 (Rev. 8/85)  Commitment to Another District

# United States District Court

DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA

V.

DIERDRA SMITH WALKER

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: O7-24M-MPT

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been com-

mitted in the ___EASTERN___ District of ___VIRGINIA___.

Brief Description of Charge(s):

VIOLATION OF PRE TRIAL RELEASE CONDITIONS.

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143. *In the Purpose of transfer to the Eastern District of Virginia. Defendant reserved the right by a Detention / Bail Removal hearing.*

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that de-
fendant with a certified copy of this commitment forthwith to the district of offense as specified above and
there deliver the defendant to the United States Marshal for that District or to some other officer authorized
to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_2/6/07_
**Date**

_[signature]_
**Judicial Officer**

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |