OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

February 9, 2007

Clerk of Court
Albert V. Bryan
United States Courthouse
401 Courthouse Square
Alexandria, VA 22314-5704



Re: USA v. Smith
Case Number: 07-24M (MPT)
Charging District Case Number: 06cr313

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above
referenced case on ___2/12/07___ .
(date)

_____
Signature

_____
Title